UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

BERNARD a/k/a "BERNIE" FINE,

                Plaintiff,

  - against-                                Case No. 5:13-CV-0652 (GTS/DEP)

ESPN, INC.,

                Defendant.

## NOTICE OF
## VOLUNTARY DISMISSAL

TO:    ESPN, Inc., Defendant, and LEVINE SULLIVAN KOCH & SHULTZ, LLP, attorneys for Defendant.

     PLEASE TAKE NOTICE, that this action is dismissed without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Dated: July 2, 2013

                              Yours, etc.,
                              Harris Beach PLLC


                              By:   /s/ Richard T. Sullivan
                                  Richard T. Sullivan
                              *Attorneys for Plaintiff*
                                  *Bernard a/k/a "Bernie" Fine*
                              726 Exchange Street, Suite 1000
                              Buffalo, New York 14210
                              (716) 200-5050
                              rsullivan@harrisbeach.com

HARRIS BEACH PLLC
ATTORNEYS AT LAW

**CERTIFICATE OF SERVICE**

  This is to certify that on this 2nd day of July, 2013, a true and correct copy of the Notice of Voluntary Dismissal was served with the Clerk of the District Court using its CM/ECF system, which would then electronically notice the following CM/ECF participants in this case:

Nathan E. Siegel, Esq.<br>
Levine, Sullivan, Koch & Schultz, LLP<br>
1899 L. Street, NW, Suite 200<br>
Washington, DC 20036<br>
T: 202-508-1184<br>
F: 202-861-9888<br>
nsiegel@lskslaw.com

Dated: Buffalo, New York
   July 2, 2013

               Respectfully Submitted,

                /s/ Richard T. Sullivan
               Richard T. Sullivan
               *Attorneys for Plaintiff,*
                *Bernard a/k/a "Bernie" Fine*
               Harris Beach PLLC
               726 Exchange Street, Suite 1000
               Buffalo, New York 14210
               (716) 200-5050
               rsullivan@harrisbeach.com